# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian L. Rivers, et al., | ) Case No: 3:19-cv-07991 |
| Plaintiff(s), | ) |
| v. | ) **APPLICATION FOR** |
| | ) **ADMISSION OF ATTORNEY** |
| Gilead Sciences, Inc. | ) **PRO HAC VICE** |
| | ) (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | ) |

I, Katrina Ashley, an active member in good standing of the bar of Ohio, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Adrian L. Rivers, et al. in the above-entitled action. My local co-counsel in this case is Shana Scarlett, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 719 S. Shoreline<br>Corpus Christi, Texas 78401 | Hagens Berman Sobol Shapiro LLP<br>715 Hearst Ave., Ste. 202, Berkeley CA 94710 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (361) 882-1612 | (510) 725-3000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| hmgservice@hmglawfirm.com | shanas@hbsslaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0076923.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/13/19

Katrina Ashley
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Katrina Ashley is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 13, 2019



UNITED STATES MAGISTRATE JUDGE *October*